# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CORDELL FONTAE WATSON, : | |
|    Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 1:18-00431-KD-M |
| : | |
| BALDWIN SHERIFF, *et al.*, : | |
|    Defendants. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated December 13, 2018 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **15th** day of **January 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**